Case: 4:18-mj-00316-DDN   Doc. #: 1   Filed: 10/09/18   Page: 1 of 1 PageID #: 1

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the
EASTERN DISTRICT OF MISSOURI

**FILED**
OCT - 9 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| United States of America<br>v.<br>MARKESE D. WATKINS<br><br>*Defendant(s)* | Case No.  4:18 MJ 316 DDN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 31, 2018__ in the county of __City of St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1951 and 2 | Armed Robbery |
| 18:924(c)(1) and 2 | Brandishing a Firearm in Furtherance of a Crime of Violence |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*Complainant's signature*

SA BASTIAN FREUND, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/09/2018__

*Judge's signature*

City and state: __St. Louis, Missouri__   Honorable David D. Noce, U.S. Magistrate Judge

*Printed name and title*